AUSA KKD

**FILED**
AUG 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  '08 MJ 8703

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., § 1326 |
| Luis Flavio RAMIREZ | ) | Attempted Entry After Deportation (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about August 6, 2008, within the Southern District of California, defendant Luis Flavio RAMIREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MARCO A. MIRANDA
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA
2 |            v.
  | Luis Flavio RAMIREZ

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to Border Patrol Agent A. Balkas which is based upon the statements of the apprehending Border Patrol Agent S. Morales that the Defendant was found and arrested on August 6, 2008, approximately twelve and a half miles west of Calexico, CA.

Agent Morales was performing his assigned Border Patrol duties approximately twelve and a half miles west of Calexico, CA Port of Entry. At approximately 0001 hours the Remote Video Surveillance System (RVSS) operator observed four subjects, one later identified as, Luis Flavio RAMIREZ (RAMIREZ) make an illegal entry into the United States by walking across the United States/Mexico International Border and illegally entering the United States. The RVSS operator maintained constant visual of RAMIREZ as he walked north. Agent Morales responded to the area. The RVSS operator guided Agent Morales to RAMIREZ's location. Agent Morales found RAMIREZ and identified himself as a United States Border Patrol Agent. Agent Morales questioned RAMIREZ as to his immigration status. RAMIREZ stated that he is a citizen of Mexico illegally in the United States. RAMIREZ was arrested and transported to the El Centro Border Patrol Station for further processing.

At the Station records checks disclosed that RAMIREZ was excluded on August 22, 2007. Record checks also revealed that RAMINEZ has an extensive criminal record.

There is no evidence RAMIREZ has sought or receive permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.