AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name | Bar Number

Address

City | State | Zip Code

Phone Number | Fax Number

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Luis Flavio Ramirez

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,        ) | Case No. 08MJ8703
                                      )
12 |         Plaintiff,                ) |
                                      )
13 | v.                                ) | **CERTIFICATE OF SERVICE**
                                      )
14 | LUIS FLAVIO RAMIREZ,              ) |
                                      )
15 |         Defendant.                ) |
   |_____)

16

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov
19

20                                             Respectfully submitted,

21

22 DATED:       August 14, 2008                /s/ Elizabeth M. Barros
                                               **ELIZABETH M. BARROS**
23                                             Federal Defenders of San Diego, Inc.
                                               Attorneys for Luis Flavio Ramirez
24

25

26

27

28