AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA


FILED
SEP - 4 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS RUIZ-RAMIREZ<br>aka Luis Flavio Ramirez | CASE NUMBER: 08 CR3014-JM |

I, <u>JOSE LUIS RUIZ-RAMIREZ</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/4/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Flavio Ruiz Luis Ramirez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer